MARY MOHRMANN, RESPONDENT, *v.* EDWIN G. BUSH, IMPLEADED WITH OTHERS, APPELLANT.

*Referee — trial before — notice of — when insufficient.*

Upon the trial of an action before a referee, a defendant is entitled to fourteen days' notice of trial, and a judgment entered without such notice, unless the same has been waived, is irregular, and will be set aside.

APPEAL from an order of the Special Term, denying a motion to vacate a judgment on the ground of irregularity.

————, for the appellant.

*Albert Smith*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order reversed with ten dollars costs, and ten dollars costs of motion below.